**Eric JONES, Plaintiff–Appellant,**

v.

**Diane PARKER, Executrix of the Estate of Barry Parker, deceased, Defendant–Appellee.**

No. 03–60071.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Oct. 3, 2003.

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

Eric Jones, Mississippi prisoner # 45265, appeals from the dismissal of his 42 U.S.C. § 1983 action on the basis that the estate of Barry Parker has been closed and lacks assets from which Jones may recover damages. The ability of a plaintiff to recover under state law does not determine whether the plaintiff's action may proceed in federal court. *Ransom v. Brennan,* 437 F.2d 513, 520 (5th Cir.1971).

---

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

